## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY f/k/a ASSOCIATION INSURANCE COMPANY<br><br>   Plaintiff,<br><br>vs.<br><br>ARCHER DEVELOPMENT GROUP, LLC A/K/A ARCHER CONSTRUCTION A/K/A ARCHER CONSTRUCTION, LLC, C. HAMPTON ATKINS, MARK A. BARFORD, MICHELLE T. BARFORD, HOLLY BLANCHARD, DARCI BUCHANAN, KARL BUCHANAN, LEO BRUEGGEMAN, BEVERLY CARROLL, THOMAS CORDEIRO, GAYLE C. FOSTER, ROBERT S. FOSTER, SR., JAN. R. GUNN, KIRK A. GUNN, MATTHEW HORTON, CONNIE MICHELS, JOHN MICHELS, KAREN MILLER, ELLEN PARKER, MATTHEW V. ROUGHGARDEN, NANCY T. ROUGHGARDEN, LYDIA SCHAFER, PATRICK, SCHAFER, ANNETTE P. SHERMAN, ENOCH G. SHERMAN, BETH STENGER, WALTER STENGER, CHRIS TAYLOR, JANE TAYLOR, TARA WHITE, WILLIAM WHITE, LEAH WILKINS, TAL WILKINS, CATHERINE T. YOUNG, THOMAS E. YOUNG, JR., Individually, on Behalf of All Others Similarly Situated, and On Behalf of The Preserve at The Clam Farm Homeowners Association, Inc.,<br><br>   Defendants. | CASE NO.: 2:20-cv-01694-DCN<br><br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter sub judice has settled and the court may issue a *Rubin* order. As soon as the papers have been properly executed, the parties will forward them to the court.

Respectfully submitted,

ETHRIDGE LAW GROUP, LLC


By: *s/ Mary S. Willis*
    MARY S. WILLIS
    Federal Bar No. 12388
    R. MICHAEL ETHRIDGE
    Federal Bar No. 7497
    1100 Queensborough Blvd., Suite 200
    Mount Pleasant, SC 29464
    843-614-0007
    mwillis@ethridgelawgroup.com
    methridge@ethridgelawgroup.com

    *Attorneys for Plaintiff*