# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| American Builders Insurance Company, f/k/a Association Insurance Company, | C/A No.: 2:20-cv-1694 DCN |
| Plaintiff, | |
| vs. | |
| Archer Development Group, LLC, a/k/a Archer Construction a/k/a Archer Construction, LLC; C. Hampton Atkins; Mark A. Barford; Michelle T. Barford; Holly Blanchard; Darci Buchanan; Karl Buchanan; Leo Brueggeman; Beverly Carroll; Thomas Cordeiro; Gayle C. Foster; Robert S. Forster, Sr.; Jan R. Gunn; Kirk A. Gunn; Matthew Horton; Connie Michels; John Michels; Karen Miller; Ellen Parker; Matthew V. Roughgarden; Nancy T. Roughgarden; Lydia Schafer; Patrick Schafer; Annette P. Sherman; Enoch G. Sherman; Beth Stenger; Walter Stenger; Chris Taylor; Jane Taylor; Tara White; William White; Leah Wilkins; Tal Wilkins; Catherine T. Young; and Thomas E. Young, Jr., individually and on behalf of all others similarly situated and on behalf of The Preserve at The Clam Farm Homeowners Association, Inc., | |
| Defendants. | |

This court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, any party may petition the court to reopen the action if settlement is not consummated.

**AND IT IS SO ORDERED.**

_David C. Norton_
David C. Norton
United States District Judge

January 27, 2025
Charleston, South Carolina